

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2014

No. 04-14-00547-CV

**IN THE INTEREST OF T.S.P.,** A Child,

From the County Court at Law, Medina County, Texas
Trial Court No. 07-06-4710-CCL
Honorable Vivian Torres, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 16, 2015. Further requests for extensions of time will be disfavored.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court